1  AARON M. SCOTT (SBN 353606)
   ascott@foxrothschild.com
2  FOX ROTHSCHILD LLP
   Constellation Place
3  10250 Constellation Blvd.
   Suite 900
4  Los Angeles, CA  90067
   Telephone:   612.607.7000
5  Facsimile:   612.607.7100

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 BOARD OF TRUSTEES OF SHEET            Case No. 2:24-cv-00380-FLA-
11 METAL WORKERS' PENSION PLAN OF                   AGR
   SOUTHERN CALIFORNIA, ARIZONA
12 AND NEVADA, ET AL,                    **APPLICATION FOR CLERK
                                         TO ENTER DEFAULT
13              Plaintiffs,              AGAINST SO CAL A/C
           v.                            SERVICES INC. AND JUAN
14                                       GABRIEL AVILA**
   SO CAL A/C SERVICES INC, et al,
15
                Defendants.
16

17

18      Plaintiffs respectfully request, pursuant to Fed. R. Civ. P. 55(a), that the

19 Clerk enter a default against Defendant So Cal A/C Services Inc. ("So Cal") and

20 against Defendant Juan Gabriel Avila ("Mr. Avila") for failure to plead in a timely

21 manner.

22      The basis for this request is set forth below:

23      1.   Plaintiffs commenced this action against So Cal and Mr. Avila on

24 January 16, 2024. (ECF No. 1.)

25      2.   On January 26, 2024, Plaintiffs served So Cal with the Summons and

26 Complaint by substituted service on So Cal's agent for service of process.  Sworn

27 proof of this service was filed at ECF No. 10.  That proof of service includes, at

28

1
PLAINTIFFS APPLICATION FOR CLERK TO ENTER DEFAULT
                                                      2:24-CV-00380-FLA-AGR

page 4 of 4, proof of service by U.S. Mail following substituted service. (Scott Decl. ¶ 10.)

3. On March 5, 2024, Plaintiffs served Mr. Avila with the Summons and Complaint by substitute service. Sworn proof of this service was filed at ECF No. 13. That proof of service includes an Affidavit of Due Diligence and proof of service by U.S. Mail following substituted service. (Scott Decl. ¶ 3.)

4. So Cal and Mr. Avila were required to respond to the Complaint within 21 days after the effective dates of service upon them. Neither So Cal nor Mr. Avila have filed a response, answer, or other motion in response to the Complaint as of the date of this declaration. (Scott Decl. ¶ 4.) *See also* Docket, generally.

5. Counsel for Plaintiffs is informed and believes that Mr. Avila is not on active duty in the military. The protections afforded by the Servicemembers Civil Relief Act do not apply to Defendants. See 50 U.S.C.A. § 3911 (formerly 50 U.S.C. § 502). (Scott Decl. ¶ 5.)

Pursuant to Fed. R. Civ. P. 55(a), the Clerk must enter a default where "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Here, the Declaration of Aaron Scott and the Court's docket report for this proceeding provide the required evidence for entry of default.

For the foregoing reasons, Plaintiffs respectfully request that the Clerk enter default against Defendant So Cal A/C Services Inc. and against Defendant Juan Gabriel Avila.

| | | |
|---|---|---|
| 1 | Dated: April 5, 2024 | **Fox Rothschild LLP** |
| 2 | | |
| 3 | | */s/ Aaron M. Scott* |
| 4 | | Aaron M. Scott<br>Attorneys for Plaintiffs |

# PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action or proceeding. My business address is the law firm of Fox Rothschild LLP, 10250 Constellation Blvd., Suite 900, Los Angeles, CA 90067.

On April 18, 2024, I served the following document(s) **APPLICATION FOR CLERK TO ENTER DEFAULT AGAINST SO CAL A/C SERVICES INC. AND JUAN GABRIEL AVILA** on the interested parties in this action as follows:

Juan Gabriel Avila
4337 East 53rd St.
Los Angeles, CA 90026

☑ **[MAIL]** by placing the a copy of the document identified above in a sealed envelope to the person(s) at the address(es) set forth below, with postage thereon fully prepaid. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service at Los Angeles, California on the same day in the ordinary course of business.

☑ **[FEDERAL]** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 18th day of April 2024 at Los Angeles, CA.

/s/ Janine Dodds
Janine Dodds