JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SO CAL A/C SERVICES, INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00380-FLA (AGRx)<br><br>**ORDER DISMISSING ACTION [DKT. 19]** |

1

On June 28, 2024, Plaintiffs filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 19. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1. All dates and deadlines governing this action are VACATED.

    2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: July 5, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge